**KUSTOM SIGNALS, INC., Plaintiff–Appellant,**

**v.**

**APPLIED CONCEPTS, INC. and John L. Aker, Defendants– Cross Appellants.**

No. 03–1431, 03–1432.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2004.

Before MICHEL, CLEVENGER, and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.